IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GAYLE BAKER, et al.,

    Plaintiffs,

v.

MORTGAGE OF AMERICA LENDERS, LLC,

    Defendant.

CIVIL ACTION NO.: 2:20-cv-3

## **O R D E R**

This matter is before the Court on the parties' Joint Motion to Stay Discovery and Pretrial Deadlines for Sixty Days to Facilitate Settlement. Doc. 19. The parties request the Court stay the proceedings in this case for 60 days to allow the parties to explore settlement through an agreement to implement corrective measures at the Captain's Cove Subdivision. Id. at 1. After careful consideration and for good cause shown, the Court **GRANTS** the parties' Motion and **STAYS** all proceedings in the case for 60 days. Id. The parties are **ORDERED** to file a status report on or before June 5, 2020 informing the Court whether the parties have resolved their dispute.

    **SO ORDERED**, this 7th day of April, 2020.

 

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
Scott L. Poff, Clerk
United States District Court
By CAsbell at 10:47 am, Apr 07, 2020