FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 3:14 pm, Aug 05, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

GAYLE BAKER, et al.,

    Plaintiffs,

v.

MORTGAGE OF AMERICA LENDERS, LLC,

    Defendant.

2:20-CV-003

### ORDER

Before the Court is the parties' Status Report and Joint Motion to Stay Discovery. Dkt. No. 24. The parties have requested the Court stay the proceedings in this case for an additional forty-five (45) days to allow them to explore settlement through mediation. This is the parties' third such motion. Dkt. Nos. 19, 22. Nevertheless, after consideration and for good cause shown, the motion is **GRANTED**. This case is **STAYED** through September 18, 2020. The parties are **ORDERED** to file another status report on or before September 18, 2020 informing the Court of the parties' settlement efforts. In the event the parties have not agreed to settle the claims in this action, the parties shall submit their Rule 26(f) Report and proposed Scheduling Order addressing discovery and other remaining pretrial deadlines at that time.

Additionally, the Court uses its inherent authority to manage its docket and **DENIES without prejudice** Defendant's pending motion to dismiss, dkt. no. 9. Should the parties be unsuccessful in settling this case on or before September 18, 2020, Plaintiffs will be permitted to amend their complaint through October 2, 2020. Defendant will be permitted to renew its motion to dismiss the original complaint or amended complaint through October 16, 2020.

**SO ORDERED**, this 5 day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA