# Exhibit C



**DEPARTMENT OF THE ARMY**
SAVANNAH DISTRICT, CORPS OF ENGINEERS
100 W. OGLETHORPE AVENUE
SAVANNAH, GEORGIA 31401-3604

MARCH 0 7 2017

Regulatory Division
SAS-2014-00615

Mr. Ron Sluder
Mortgage of America
167 West Cherry Street
Jesup, Georgia 31546

Dear Mr. Sluder:

I refer to the Pre-Construction Notification submitted on February 13, 2017, requesting verification for use of Nationwide Permit (NWP) Numbers 14 and 18 for impacts to 0.442 acres of wetland for construction of an access road and four residential lot developments. The project site is located south of North Harrington Road and east of Frederica Road, St. Simons Island, Glynn County, Georgia (Latitude 31.211067 Longitude -81.373203). The request was submitted on your behalf by Mr. Stuart Sligh of Sligh Environmental Consultants. This project has been assigned number SAS-2014-00615 and it is important that you refer to this number in all communication concerning this matter.

We have completed coordination with other federal and state agencies as described in Part C (31)(d) of our NWP Program, published in the February 12, 2012, Federal Register, Vol. 77, No. 34, Pages 10184-10290 (77 FR). The NWPs and Savannah District's Regional Conditions for NWPs can be found on our website at http://www.sas.usace.army.mil/Missions/Regulatory/Permitting/GeneralPermits/Nationwi dePermits.aspx. During our coordination procedure, no adverse comments regarding the proposed work were received.

As a result of our evaluation of your project, we have determined that the proposed activity is authorized under NWP 14 Linear Transportation Projects and NWP 18 Minor Discharges, as described in Part B of the NWP Program. Your use of these NWPs is valid only if:

a. The activity is conducted in accordance with the information submitted and meets the conditions applicable to the NWPs, as described at Part C of the NWP Program and the Savannah District's Regional Conditions for NWPs.

b. Prior to the commencement of permitted work in streams, wetlands or other waters of the United States, you shall purchase 2.95 wetland mitigation credits from Wilkinson Oconee Wetland Mitigation Bank and submit documentation of this credit purchase to the U.S. Army Corps of Engineers. The credit purchase documentation

- 2 -

must reference the Corps file number assigned to this project.  If all or a portion of the required credits are not available from Wilkinson Oconee Wetland Mitigation Bank, you must obtain written approval from the Corps prior to purchasing any credits from an alternate mitigation bank.

c. You shall obtain and comply with all appropriate federal, state, and local authorizations required for this type of activity.  A stream buffer variance may be required from the Georgia Department of Natural Resources, Environmental Protection Division (Georgia EPD), as defined in the Georgia Erosion and Sedimentation Control Act of 1975, as amended.  Information concerning variances can be obtained at the Georgia EPD's website at www.epd.georgia.gov, or by calling (404) 463-1511.

d. All work conducted under this permit shall be located, outlined, designed, constructed and operated in accordance with the minimal requirements of the Georgia Erosion and Sedimentation Control Act of 1975, as amended.  Utilization of plans and specifications contained in the "Manual for Erosion and Sediment Control," (Latest Edition), published by the Georgia Soil and Water Conservation Commission, will aid in achieving compliance with the aforementioned minimal requirements.

e. You shall install and maintain erosion and sediment control measures in upland areas of the project site, in accordance with the Georgia Erosion and Sedimentation Control Act of 1975, as amended, to minimize the introduction of sediment into and the erosion of streams, wetlands and other waters of the United States.  This permit does not authorize installation of check-dams, weirs, riprap, bulkheads or other erosion control measures in streams, wetlands or other waters of the United States. Authorization would be required from the U.S. Army Corps of Engineers prior to installing any erosion control measures in waters of the United States.

f. You shall install and maintain erosion and sediment control measures for all fill material that is authorized to be discharged in streams, wetlands and other waters of the United States, in accordance with the Georgia Erosion and Sedimentation Control Act of 1975, as amended, and permanently stabilize fill areas at the earliest practicable date.

g. You shall notify the Corps, in writing, at least 10 days in advance of commencement of work authorized by this permit.

h. You fill out and sign the enclosed certification and return it to our office within 30 days of completion of the activity authorized by this permit.

- 3 -

i.    All work will be conducted in accordance with the approved plans titled "Captains Cove Phases I and II, St. Simons Island, Glynn County, Georgia, Mortgage of America, Sheets 1-4 of 4", dated February 4, 2017 and drawn by Coastal Engineering Consultants, Inc.

This proposal was reviewed in accordance with Section 7 of the Endangered Species Act. Based on the information we have available, we have determined that the project would have no effect on any threatened or endangered species nor any critical habitat for such species. Authorization of an activity by a NWP does not authorize the "take" of threatened or endangered species. In the absence of separate authorization, both lethal and non-lethal "takes" of protected species are in violation of the Endangered Species Act. See Part (C) of 77 FR for more information.

This verification is valid until the NWP is modified, reissued or revoked. All of the existing NWPs are scheduled to expire on March 18, 2017. It is incumbent upon you to remain informed of changes to the NWPs. Furthermore, if you commence or are under contract to commence this activity before the date that the relevant NWP is modified or revoked, you will have 12 months from the date of the modification or revocation of the NWP to complete the activity under the present terms and conditions of this NWP.

This authorization should not be construed to mean that any future projects requiring Department of the Army authorization would necessarily be authorized. Any new proposal, whether associated with this project or not, would be evaluated on a case-by-case basis. Any prior approvals would not be a determining factor in making a decision on any future request.

Revisions to your proposal may invalidate this authorization. In the event changes to this project are contemplated, I recommend that you coordinate with us prior to proceeding with the work.

This communication does not relieve you of any obligation or responsibility for complying with the provisions of any other laws or regulations of other federal, state or local authorities. It does not affect your liability for any damages or claims that may arise as a result of the work. It does not convey any property rights, either in real estate or material, or any exclusive privileges. It also does not affect your liability for any interference with existing or proposed federal projects. If the information you have submitted and on which the Corps bases its determination/decision of authorization under the NWP is later found to be in error, this determination may be subject to modification, suspension, or revocation.

- 4 -

A copy of this letter is being provided to the following party: Mr. Stuart Sligh, Sligh Environmental Consultants, 31 Park of Commerce Way, Suite 200B, Savannah, Georgia 31405.

Thank you in advance for completing our on-line Customer Survey Form located at http://corpsmapu.usace.army.mil/cm_apex/f?p=regulatory_survey. We value your comments and appreciate your taking the time to complete a survey each time you have interaction with our office.

If you have any questions, please call me at (912) 652-5051.

Sincerely,

John W. Derinzy
Regulatory Specialist, Coastal Branch

Enclosures

Regulatory Division

## CERTIFICATION OF COMPLIANCE
## WITH
## DEPARTMENT OF THE ARMY
## NWP's 14 and 18

PERMIT FILE NUMBER: SAS-2014-00615

PERMITTEE ADDRESS: Mr. Ron Sluder, Mortgage of America, 167 West Cherry Street, Jesup, Georgia 31546.

LOCATION OF WORK: The project site is located south of North Harrington Road and east of Frederica Road, St. Simons Island, Glynn County, Georgia (Latitude 31.211067 Longitude -81.373203).

PROJECT DESCRIPTION: The construction of an access road and development of four residential lots.

ACRES AND/OR LINEAR FEET OF WATERS OF THE UNITED STATES IMPACTED: 0.442 acres of forested wetlands.

DATE WORK IN WATERS OF UNITED STATES COMPLETED:

COMPENSATORY MITIGATION REQUIRED: Yes, 2.95 credits from Wilkinson Oconee Wetland Mitigation Bank.

DATE MITIGATION COMPLETED OR PURCHASED (include name of bank):

I understand that the permitted activity is subject to a U.S. Army Corps of Engineers' Compliance Inspection. If I fail to comply with the permit conditions at Part C of the Nationwide Permit Program, published in the February 12, 2012, Federal Register, Vol. 77, No.34, Pages 10184-10290, it may be subject to suspension, modification or revocation.

I hereby certify that the work authorized by the above referenced permit as well as any required mitigation (if applicable) has been completed in accordance with the terms and conditions of the said permit.

_____                          _____
Signature of Permittee                                                        Date

Bing Maps



9/30/2015

Baker 000676



**NOTES:**

REFERENCE:

JURISDICTIONAL WETLAND SURVEY PREPARED BY M. JERRY TOMBERLIN, GA RLS #2942 DATED 07/23/2015 AND LAST REVISED ON 01/11/2017.

WETLAND DATA:

| WETLAND AREA A | 0.141 ACRES | JURISDICTIONAL AREA |
| | 0.000 ACRES | PROPOSED IMPACTS |
| WETLAND AREA B | 1.708 ACRES | JURISDICTION AREA |
| | 0.343 ACRES | NWP 14 PROPOSED IMPACTS (SEE SHEET 2 OF 4) |
| WETLAND AREA C | 1.530 ACRES | JURISDICTIONAL AREA |
| | 0.099 ACRES | NWP 18 PROPOSED IMPACTS (SEE SHEET 3 OF 4) |
| TOTALS | 3.379 ACRES | TOTAL JURISDICTIONAL AREA |
| | 0.442 ACRES | TOTAL PROPOSED IMPACTS |

| FILE NUMBER: | 2015-006-COE-1 |
|---|---|
| DATE: | FEBRUARY 4, 2017 |
| SCALE: | 1" = 200' |
| SHEET NO.: | 1 OF 4 |

COASTAL ENGINEERING CONSULTANTS, INC
P. O. BOX 20308
ST. SIMONS ISLAND, GEORGIA 31522
PHONE: (912) 223-0647
EMAIL: JohnH@cec-ge.com

**CAPTAIN'S COVE**
**PHASES I & II**
**ST. SIMONS ISLAND**
**GLYNN COUNTY, GEORGIA**
MORTGAGE OF AMERICA

**OVERALL SITE PLAN**
TO ACCOMPANY
PERMIT APPLICATION FOR NWP 14 & 18
COE CASE NUMBER SAS-2014-00615

COASTAL
ENGINEERING
CONSULTANTS



NORTH HARRINGTON ROAD

NOTES:

WETLAND IMPACT DATA:

WETLAND AREA B

1,708 ACRES    JURISDICTION AREA
0.343 ACRES    NWP 14 PROPOSED IMPACTS (ROAD CONSTRUCTION)

N

| FILE NUMBER: | 2015-006-COE-2 | CAPTAIN'S COVE |
|---|---|---|
| DATE: | FEBRUARY 4, 2017 | PHASES I & II |
| SCALE: | 1" = 60' | ST. SIMONS ISLAND |
| SHEET NO.: | 2 OF 4 | GLYNN COUNTY, GEORGIA |
|  |  | MORTGAGE OF AMERICA |

COASTAL
ENGINEERING
CONSULTANTS

COASTAL ENGINEERING CONSULTANTS, INC.
P. O. BOX 20305
ST. SIMONS ISLAND, GEORGIA 31522
PHONE: (912) 223-0647
EMAIL: JohnH@cec-ga.com

WETLAND AREA B IMPACTS
TO ACCOMPANY
PERMIT APPLICATION FOR NWP 14
COE CASE NUMBER SAS-2014-00615

Baker 000678





CROSS SECTION @ CULVERT
(NWP 14)

TYPICAL FILL SECTION @ RESIDENTIAL LOT
(NWP 18)

| FILE NUMBER: | 2015-006-COE-4 | CAPTAIN'S COVE |
|---|---|---|
| DATE: | FEBRUARY 4, 2017 | PHASES I & II |
| SCALE: | NONE | ST. SIMONS ISLAND |
| SHEET NO.: | 4 OF 4 | GLYNN COUNTY, GEORGIA |
| | | MORTGAGE OF AMERICA |

COASTAL ENGINEERING CONSULTANTS, INC.
P. O. BOX 20306
ST. SIMONS ISLAND, GEORGIA 31522
PHONE: (912) 223-0647
EMAIL: JohnH@cec-ga.com

MISCELLANEOUS DETAILS
TO ACCOMPANY
PERMIT APPLICATION FOR NWP 14 & 18
COE CASE NUMBER SAS-2014-00615

COASTAL
ENGINEERING
CONSULTANTS