# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| GAYLE BAKER, DONALD J. BRUNNELLE, JUDITH A. BRUNNELLE, JANE FRASER, BURKE MCCALL HARRISON, VICKI S. HARRISON, JUDITH C. PHILLIPS, ROBERT W. WILLIAMSON, III, and RENEE J. WILLIAMSON,<br><br>        Plaintiffs,<br><br>v.<br><br>MORTGAGE OF AMERICA LENDERS, LLC,<br><br>        Defendant. | **Civil Action No. 2:20-cv-00003-LGW-BWC** |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS'

## AMENDED COMPLAINT

COMES NOW, Defendant **MORTGAGE OF AMERICA LENDERS, LLC** (**hereinafter "Defendant"**), and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) submits this its Motion to Dismiss Plaintiffs' Complaint, in support of which it relies upon the accompanying Brief in Support and all pleadings of record. For the reasons stated more fully in the accompanying Brief, Defendant **MORTGAGE OF AMERICA LENDERS, LLC** respectfully requests that this its Motion to Dismiss Plaintiffs' Amended Complaint be GRANTED, that each and every claim against Defendant asserted in this action be dismissed, that Plaintiffs take nothing, and that Defendant be awarded its costs incurred in this action.

[Signature on Following Page]

Respectfully submitted this 16th day of October 2020.

                                   **HALL BOOTH SMITH, P.C.**

                                   */s/ Dargan Scott Cole, Sr.*
                                   DARGAN SCOTT COLE, SR.
                                   Georgia Bar No. 176524
                                   191 Peachtree Street, N.E., Suite 2900
                                   Atlanta, Georgia 30303-1775
                                   P:  404-954-5000 | F:  404-954-5020
                                   scole@hallboothsmith.com
                                   *Attorney for Defendant Mortgage of*
                                   *America Lenders, LLC*
                                   *Pro Hac Vice*


                                   /s/ *Charles A. Dorminy*
                                   CHARLES A. DORMINY
                                   Georgia Bar No. 001315
                                   3528 Darien Highway Suite 300
                                   Brunswick, GA 31525
                                   P:  912-554-0093 | F:  912-554-1973
                                   cdorminy@hallboothsmith.com
                                   *Attorney for Defendant Mortgage of*
                                   *America Lenders, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| GAYLE BAKER, DONALD J. BRUNNELLE, JUDITH A. BRUNNELLE, JANE FRASER, BURKE MCCALL HARRISON, VICKI S. HARRISON, JUDITH C. PHILLIPS, ROBERT W. WILLIAMSON, III, and RENEE J. WILLIAMSON, <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE OF AMERICA LENDERS, LLC, <br><br> Defendant. | **Civil Action No. 2:20-cv-00003-LGW-BWC** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case in accordance with true and correct copies of the foregoing **DEFENDANT'S MOTION TO DISMISS** via electronic delivery addressed as follows:

> E. Righton J. Lewis, Esq.
> BUTLER SNOW LLP
> 1170 Peachtree Street NE, Suite 1900
> Atlanta, Georgia 30309
> *Attorney for Plaintiffs*

This 16th day of October 2020.

[SIGNATURE APPEARS ON THE FOLLOWING PAGE]

**HALL BOOTH SMITH, P.C.**


 */s/ Dargan Scott Cole, Sr.*
DARGAN SCOTT COLE, SR.
Georgia Bar No. 176524
191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303-1775
P:  404-954-5000 | F:  404-954-5020
scole@hallboothsmith.com
*Attorney for Defendant Mortgage of America Lenders, LLC*
*Pro Hac Vice*


/s/ *Charles A. Dorminy*
CHARLES A. DORMINY
Georgia Bar No. 001315
3528 Darien Highway Suite 300
Brunswick, GA 31525
P:  912-554-0093 | F:  912-554-1973
cdorminy@hallboothsmith.com
*Attorney for Defendant Mortgage of America Lenders, LLC*