IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GAYLE BAKER, DONALD J. BRUNNELLE, JUDITH A. BRUNNELLE, JANE FRASER, BURKE MCCALL HARRISON, VICKI S. HARRISON, JUDITH C. PHILLIPS, ROBERT W. WILLIAMSON, III, and RENEE J. WILLIAMSON, <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE OF AMERICA LENDERS, LLC, <br><br> Defendant. | **Civil Action No. 2:20-cv-00003-LGW-BWC** |

**DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

COMES NOW, Defendant **MORTGAGE OF AMERICA LENDERS, LLC** (**hereinafter "Defendant"**), and pursuant to Fed. R. Civ. P. 56 submits this its Motion to for Summary Judgment, in support of which it relies upon the accompanying Defendant's Brief in Support, Defendant's Statement of Undisputed Material Facts, and all pleadings of record. For the reasons stated more fully in the accompanying brief, Defendant **MORTGAGE OF AMERICA LENDERS, LLC** respectfully requests that this its Motion for Summary Judgment be GRANTED, that each and every claim against Defendant in this action be dismissed, that Plaintiffs take nothing, and that Defendant be awarded its costs incurred in this action.

[Signature on Following Page]

Respectfully submitted this 10th day of March 2021.

                                                  **HALL BOOTH SMITH, P.C.**

                                                  */s/ Dargan Scott Cole, Sr.*
                                                  DARGAN SCOTT COLE, SR.
                                                  Georgia Bar No. 176524
                                                  191 Peachtree Street, N.E., Suite 2900
                                                  Atlanta, Georgia 30303-1775
                                                  P:  404-954-5000 | F:  404-954-5020
                                                  scole@hallboothsmith.com
                                                  *Attorney for Defendant Mortgage of*
                                                  *America Lenders, LLC*
                                                  *Pro Hac Vice*


                                                  /s/ *Charles A. Dorminy*
                                                  CHARLES A. DORMINY
                                                  Georgia Bar No. 001315
                                                  3528 Darien Highway Suite 300
                                                  Brunswick, GA 31525
                                                  P:  912-554-0093 | F:  912-554-1973
                                                  cdorminy@hallboothsmith.com
                                                  *Attorney for Defendant Mortgage of*
                                                  *America Lenders, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| GAYLE BAKER, DONALD J. BRUNNELLE, JUDITH A. BRUNNELLE, JANE FRASER, BURKE MCCALL HARRISON, VICKI S. HARRISON, JUDITH C. PHILLIPS, ROBERT W. WILLIAMSON, III, and RENEE J. WILLIAMSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MORTGAGE OF AMERICA LENDERS, LLC,<br><br>    Defendant. | Civil Action No. 2:20-cv-00003-LGW-BWC |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the following counsel of record in this case in accordance with true and correct copies of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** via electronic delivery addressed as follows:

E. Righton J. Lewis, Esq.
BUTLER SNOW LLP
1170 Peachtree Street NE, Suite 1900
Atlanta, Georgia 30309
*Attorney for Plaintiffs*

John A. Brunini
Laura D. Heusel
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
John.Brunini@butlersnow.com
Laura.Heusel@butlersnow.com
*Attorneys for Plaintiffs*

This 10th day of March 2021.

                              **HALL BOOTH SMITH, P.C.**

                              */s/ Dargan Scott Cole, Sr.*
                              DARGAN SCOTT COLE, SR.
                              Georgia Bar No. 176524
                              191 Peachtree Street, N.E., Suite 2900
                              Atlanta, Georgia 30303-1775
                              P:  404-954-5000 | F:  404-954-5020
                              scole@hallboothsmith.com
                              *Attorney for Defendant Mortgage of*
                              *America Lenders, LLC*
                              *Pro Hac Vice*


                              /s/ *Charles A. Dorminy*_____
                              CHARLES A. DORMINY
                              Georgia Bar No. 001315
                              3528 Darien Highway Suite 300
                              Brunswick, GA 31525
                              P:  912-554-0093 | F:  912-554-1973
                              cdorminy@hallboothsmith.com
                              *Attorney for Defendant Mortgage of*
                              *America Lenders, LLC*