# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| GAYLE BAKER; DONALD J. BRUNELLE; JUDITH A. BRUNELLE; JANE FRASER; BURKE MCCALL HARRISON; VICKI S. HARRISON; JUDITH C. PHILLIPS; RENEE J. WILLIAMSON; and ROBERT W. WILLIAMSON, III,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORTGAGE OF AMERICA LENDERS, LLC,<br><br>    Defendant. | 2:20-CV-3 |

## ORDER

On January 8, 2021, the Court used its discretion to convert Defendant's motion to dismiss into a motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(d). Dkt. No. 34. In the Order, the Court gave the parties an opportunity to conduct discovery before filing supplemental briefs. Defendant's supplemental briefing was due within sixty days of the Court's Order, and Plaintiffs' response brief was due within fourteen days of Defendant's filing.

Rather than submit a supplemental brief to its motion to dismiss, Defendant has chosen to file a stand-alone motion for

summary judgment. See Dkt. No. 35. As such, the Court finds it prudent to allow Plaintiffs twenty-one days, rather than fourteen, to file a response. See S.D. Ga. L. R. 7.5.

Accordingly, the Court **AMENDS** its prior Order to allow Plaintiffs twenty-one days to respond to Defendant's motion for summary judgment. Additionally, because Defendant's motion to dismiss is subsumed by its motion for summary judgment, the Clerk is **DIRECTED** to terminate the motion to dismiss as moot. Dkt. No. 30.

**SO ORDERED**, this 11 day of March, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA