IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GAYLE BAKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE OF AMERICA LENDERS LLC; and TOWNECLUB CONSTRUCTION, LLC, <br><br> Defendants. | CIVIL ACTION NO.: 2:20-cv-3 |

**O R D E R**

This matter is before the Court on the parties' June 7, 2022 Status Report.  Doc. 102.  The parties explain they are still working toward settlement and have requested a settlement conference in an attempt to resolve this case, along with related cases.  Id.; Doc. 102-2.  The settlement conference is set to occur on June 17, 2022.  Ord., Auto-Owners Insurance Co. v. Tabby Place Homeowners Association, Inc., No. 4:21-cv-346 (S.D. Ga. June 8, 2022), ECF No. 51.  In consideration of the pending settlement conference, the Court **STAYS** all proceedings in this case until **June 24, 2022**.  The parties are **ORDERED** to appear for a telephonic status conference **on June 27, 2022 at 10:00 a.m**.  The undersigned's courtroom deputy, Kim Mixon, will provide the parties with instructions for the telephonic status conference.

**SO ORDERED**, this 9th day of June, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA