**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| GAYLE BAKER, DONALD J. BRUNELLE and JUDITH A. BRUNELLE, JANE FRASER, BURKE MCCALL HARRISON and VICKI S. HARRISON, JUDITH C. PHILLIPS, ROBERT W. WILLIAMSON, III and RENEE J WILLIAMSON, <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE of AMERICA LENDERS, LLC, and TOWNECLUB CONSTRUCTION, LLC <br><br> Defendants. | Civil Action No. 2:20-cv-00003-LGW-BWC |

**JOINT NOTICE OF SETTLEMENT**

COME NOW Defendant Mortgage of America Lenders, LLC, by and through its undersigned counsel, Dargan Scott Cole, Sr., of Hall Booth Smith, P.C., Defendant TowneClub Construction, LLC, by and through its undersigned counsel, Aaron Clark, of Gamble Clark LLP, and Plaintiffs, Gayle Baker, *et al*., by and through their counsel, John Brunini, of Butler Snow LLP, and hereby notify the Court that this matter has been settled. The Parties are in the process of finalizing settlement documents, and thereafter, the Plaintiffs will file a stipulation of dismissal with prejudice.

Respectfully submitted this 8th day of September, 2022.

**GAMBLE CLARK LLP**

/s/ Aaron Clark
Aaron Clark
2849 Paces Ferry Road, Suite 215
Atlanta, Georgia 30339
Telephone: (404) 291-5195
Fax: (404) 393-0902
aaron.clark@gambleclarklaw.com

**ATTORNEYS FOR TOWNECLUB CONSTRUCTION, LLC**

**HALL BOOTH SMITH, P.C.**

 /s/ Dargan Scott Cole, Sr.
DARGAN SCOTT COLE, SR.
Georgia Bar No. 176524
2710 Old Milton Parkway, Ste 200
Alpharetta, Georgia 30009
P:  (470) 386-6900 | F:  (470) 523-8282
scole@hallboothsmith.com
*Admitted pro hac vice*


/s/ Matthew B. Balcer
MATTHEW B. BALCER
Georgia Bar No. 736877
3528 Darien Highway Suite 300
Brunswick, GA 31525
Telephone:  912-554-0093
Fax:  912-554-1973
mbalcer@hallboothsmith.com

**ATTORNEYS FOR MORTGAGE OF AMERICA LENDERS, LLC**

**BUTLER SNOW LLP**

/s/ E. Righton J. Lewis
E. Righton J. Lewis
Georgia Bar No. 215211
1170 Peachtree Street NE
Suite 1900
Atlanta, Georgia 30309
Telephone:  (678) 515-5064
Fax:  (678) 515-5001
righton.lewis@butlersnow.com

/s/ John A. Brunini
John A. Brunini
Laura D. Heusel
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
John.Brunini@butlersnow.com
Laura.Heusel@butlersnow.com
*Admitted pro hac vice*

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GAYLE BAKER, DONALD J. BRUNELLE and JUDITH A. BRUNELLE, JANE FRASER, BURKE MCCALL HARRISON and VICKI S. HARRISON, JUDITH C. PHILLIPS, ROBERT W. WILLIAMSON, III and RENEE J WILLIAMSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MORTGAGE OF AMERICA LENDERS, LLC, and TOWNECLUB CONSTRUCTION, LLC<br><br>    Defendants. | **Civil Action No. 2:20-cv-00003-LGW-BWC** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following counsel of record in this case in accordance with true and correct copies of the foregoing **JOINT NOTICE OF SETTLEMENT** via electronic delivery addressed as follows:

| | |
|---|---|
| E. Righton J. Lewis, Esq.<br>BUTLER SNOW LLP<br>1170 Peachtree Street NE, Suite 1900<br>Atlanta GA 30309<br>Righton.lewis@butlersnow.com<br>*Cousel for Plaintiffs* | John A. Brunini, Esq.<br>Laura D. Heusel, Esq.<br>BUTLER SNOW LLP<br>1020 Highland Colony Parkway, Suite 1400<br>Ridgeland MS 39157<br>John.Brunini@butlersnow.com<br>Laura.Heusel@butlersnow.com<br>*Counsel for Plaintiffs* |

Aaron Clark, Esq.
GAMBLE CLARK, LLP
2849 Paces Ferry Road, Suite 215
Atlanta GA 30339
Aaron.clak@gambleclarklaw.com
*Attorney for Townclub Construction, LLC*

Respectfully submitted this 8th day of September, 2022.

**HALL BOOTH SMITH, P.C.**

 */s/ Dargan Scott Cole, Sr.*
DARGAN SCOTT COLE, SR.
Georgia Bar No. 176524
*Counsel for Defendant Mortgage of*
*America Lenders, LLC*
*Pro Hac Vice*

2710 Old Milton Parkway, Ste 200
Alpharetta, Georgia 30009
P:  (470) 386-6900 | F:  (470) 523-8282
scole@hallboothsmith.com

- 4 -